UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

DOMENICK A. CUOMO,

    Plaintiff,

v.

PHOENIX EMERGENCY MEDICINE
OF BROWARD, LLC,

    Defendant.

_____/

**COMPLAINT**
**JURY DEMAND**

1.    Plaintiff alleges violation Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

**JURISDICTION AND VENUE**

2.    This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC,* 132 S. Ct. 740 (2012); *Mims v. Arrow Fin. Servs. LLC*, 2012 U.S. LEXIS 906 (2012). Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

**PARTIES**

3.    Plaintiff, DOMENICK A. CUOMO, is a natural person and a citizen of the State of Florida, residing in Broward County, Florida.

1

4. Defendant, PHOENIX EMERGENCY MEDICINE OF BROWARD, LLC, ("Phoenix") is a Florida limited liability company and citizen of the State of Florida with its principal place of business at Suite 1400, 6363 South Fiddler's Green Circle, Greenwood Village, Colorado 80111.

5. Defendant is registered with the Florida Department of State Division of Corporations as a Florida limited liability company. Its registered agent for service of process is the Corporation Service Company, 1201 Hayes Street, Tallahassee, Florida 32301.

## FACTUAL ALLEGATIONS

6. Within the last four years, Defendant left pre-recorded messages on Plaintiff's voice mail on his cellular telephone regarding the medical care for or an an alleged debt apparently due from a person who is a stranger to Plaintiff.

7. Defendant's calls were willful and knowing because Plaintiff informed Defendant it was calling the wrong number.

8. With the knowledge that it was calling the wrong number, Defendant continued to place calls to Plaintiff's cellular telephone.

9. Defendant placed telephone calls using an automatic telephone dialing system or an artificial or pre-recorded voice to Plaintiff's cellular telephone.

10. Defendant's repeated calls infringed on Plaintiff's privacy and seclusion.

11. Defendant's calls precluded the use of the telephone by other callers.

12. Defendant willfully or knowingly violated the TCPA.

13. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

14. Plaintiff incorporates Paragraphs 1 through 13.

15. Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

   a. Damages;

   b. a declaration that Defendant's calls violate the TCPA;

   c. a permanent injunction prohibiting Defendant from placing non-emergency calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice; and

   d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

                    DONALD A. YARBROUGH, ESQ.
                    Attorney for Plaintiff
                    Post Office Box 11842
                    Ft. Lauderdale, FL 33339
                    Telephone: 954-537-2000
                    Facsimile: 954-566-2235
                    don@donyarbrough.com


By: s/ Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658